IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date:  November 29, 2007 |
| Court Reporter:      Gwen Daniel | |

_____

| | |
|---|---|
| Criminal Case No.  07-cr-00175-LTB | Counsel: |
| UNITED STATES OF AMERICA, | Susan Knox |
| | Guy Till |
| Plaintiff, | |
| v. | |
| 1. ANDRE STANLEY, | Neil MacFarlane |
| 2. TYRUS McCLAIN, | Patrick Ridley |
| Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING - FURTHER SCHEDULING

09:02 a.m.    Court in Session

Defendants are present and in custody.

Court's comments

**ORDERED:   Defendant Andre Stanley's motion to adopt McClain's omnibus motion to suppress (Doc No. 109) is GRANTED.**

The Government has been granted until December 7th to file a response to the omnibus motion.

Court's further comments

Mr. Till's comments - the arrest warrant for Mr. Morgan has not been executed.

1

Discussion concerning scheduling a hearing on motions to suppress

Mr. Till and Mr. Ridley estimate the suppression hearing would take a day.

**ORDERED:   A hearing on the motions to suppress is set Thursday, January 31, 2007 at 9:00 a.m.**

Discussion concerning wiretaps

Court's further comments

Court's question to counsel - assuming that wiretaps are suppressed, and given that wiretap information is included in an affidavit for search warrant or otherwise is integral to a probable cause determination, does the suppression of the wiretap vitiate wiretap information going to probable cause.  There's also a fruit of the poisonous tree question.

The Government is going to respond to the omnibus motion by December 7, 2007**.  The court would appreciate the Government addressing this question specifically.**

**ORDERED:   The defense has up to and including December 21st to file a reply to the Government's response to the omnibus motion.  And the court would appreciate the defense specifically addressing this wiretap question**.

09:20 a.m.    Court in Recess
              Hearing concluded
              Time: /18