IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: January 31, 2008 |
| Court Reporter: Kara Spitler | |

_____

| | |
|---|---|
| Criminal Case No. 07-cr-00175-LTB | Counsel: |
| UNITED STATES OF AMERICA, | Guy Till |
| | Susan Knox |
| Plaintiff, | |
| v. | |
| 1. ANDRE STANLEY, | Neil MacFarlane |
| 2. TYRUS MCCLAIN, | Patrick Ridley |
| 3. HARRY MORGAN, | Darlene Bagley |
| | Mark Johnson |
| Defendants. | |

_____

COURTROOM MINUTES
_____

HEARING - MOTIONS

09:23 a.m.    Court in Session

Defendants are present and in custody.

Court's comments

Mr. Johnson's comments concerning the motion to withdraw (Doc No. 156)

Statement by Defendant Morgan.

Court's findings and conclusions entered on the record.

**ORDERED: Defendant Morgan's motion to withdraw (Doc No. 156) is DENIED**.

Court's comments

1

The Government has no objection to Defendant Stanley's Motion to Withdraw from Wiretap Motions (Doc No.144).

**ORDERED: Defendant Stanley's Motion to Withdraw from Wiretap Motions (Doc No. 144) is GRANTED.**

Discussion concerning Defendant Stanley's Motion for Production of Weapon Stanley Is Charged with Transferring to Baylin Kyle, for All Documents Produced During the March 25, 2007 Search of Stanley's Car, and for All Other Evidence Not Yet Produced (Doc No. 142).

**ORDERED: Defendant Stanley's Motion for Production of Weapon Stanley Is Charged with Transferring to Baylin Kyle, for All Documents Produced During the March 25, 2007 Search of Stanley's Car, and for All Other Evidence Not Yet Produced (Doc No. 142) IS GRANTED to the extent the court indicated on the record. This order is applicable to the other two defendants.**

**ORDERED: Defendant Stanley's Motion for Production of Grand Jury Transcript (Doc No. 143) is GRANTED. The Government shall submit a form of order.**

**ORDERED: Defendant Harry Morgan's Motion for Continuance (Doc 153) is DENIED AS MOOT.**

Mr. Johnson's comments concerning the Government's Motion for an Order to Provide Exemplars (Doc No 154)

Mr. Johnson has no problem deciding the Government's Motion for an Order to Provide Exemplars on the papers.

**ORDERED: The Government's Motion for an Order to Provide Exemplars (Doc No 154) is submitted on the papers.**

Mr. Johnson requests 45 days to file additional motions regarding both general suppression and wiretap, and any challenges to wiretap.

**ORDERED: Mr. Johnson has 45 days to file additional motions; the Government has ten days to respond.**

10:00 am.     Court in Recess
Hearing concluded
Time: /37