IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      ANDRE STANLEY,
2.      TYRUS McCLAIN,
3.      HARRY MORGAN,

       Defendants.

___

## ORDER
___

For the reasons stated on the record during the January 31, 2008, hearing, IT IS HEREBY ORDERED as follows:

    1. Defendant Stanley's Motion for Production of Weapon Stanley is Charged with Transferring to Baylin Kyle, for All Documents Produced During the March 25, 2007, Search of Stanley's Car, and for All Other Evidence Not Yet Produced [**Docket # 142**] is GRANTED in part and DENIED in part as follows:

        a. The motion for production of the weapon Defendant Stanley is charged with transferring to Beylin Kyle is GRANTED. The Government shall make the weapon available to all three defendants.

        b. The motion for documents produced during the March 25, 2007, search of the 1987 Chevrolet Caprice in which Stanley was riding as a passenger is GRANTED. The Government shall make any such documents available to all three

defendants.

      c. The motion is otherwise DENIED.

2. Defendant Stanley's Motion for Production of Grand Jury Transcript [**Docket # 143**] is GRANTED. The Government shall make a transcript of Grand Jury proceedings underlying the superseding indictment [**Docket # 63**] and second superseding indictment [**Docket # 107**] available to all three defendants in a form that provides the requisite level of secrecy under FED. R. CRIM. P. 6.

3. Defendant Stanley's Motion to Withdraw from Wiretap Motions [**Docket # 144**] and any other suppression motion to the extent such motion asserts a wiretap issue is GRANTED.

4. Defendant Morgan's Motion for Continuance Pursuant to Title 18 Section 3161(8)(A) [**Docket # 153**] is DENIED as moot.

5. Defendant Morgan's Motion Informing the Court of his Request to Replace Present Court Appointed Counsel [**Docket # 156**] is DENIED.

6. Defendant Morgan shall have up to and including March 17, 2008, to file motions in this case. The Government shall have ten days to respond to such motions.

Dated: January   31  , 2008.

                                              BY THE COURT:

                                                s/Lewis T. Babcock  
                                              Lewis T. Babcock, Judge