IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
       a/k/a "Sincere,"
       a/k/a "Cere,"
2. TYRUS MCLAIN, and
3. HARRY MORGAN,

    Defendants.

---

**ORDER PERMITTING
DISCLOSURE OF GRAND JURY TRANSCRIPTS
FOR OFFICIAL PURPOSES ONLY**

---

The Court has reviewed the defense motion (DOC 143) for an Order to permit disclosure of "grand jury transcripts supporting the latest indictments" to the defense. The defense cites Fed. R. Crim P. Rule 16. The Court concludes that the Court may order the disclosure of grand jury material relating to this case before trial pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), Rule 16(d), and the All Writs Act at Title 28 U.S.C. § 1651. The Court is familiar with this case and the applicable provisions of law. Having reviewed the file and being sufficiently advised in the premises, the Court finds and concludes as follows:

Rule (6)(e)(3)(E) provides in part that the "court may authorize disclosure – at a time, in a manner, and subject to any other conditions that it directs – of a grand jury matter: (i) preliminarily to or in connection with a judicial proceeding. . ."

In this case, as in many cases, there are competing considerations of trial efficiency and grand jury confidentiality. The government has advised the Court that the grand jury is still sitting and may give further consideration to matters relating to this case. The Defendant's Motion specifically requests transcripts of related testimony before the Grand Jury representing proceedings before the Superseding Indictment and the Second Superseding Indictment were returned in this case. The Court finds and concludes there are certain terms and conditions of release which would accommodate the best interests of justice served by Fed.R.Crim.P. 6 and 26.2.

Being now sufficiently advised in the premises, the Court hereby orders that the government shall provide to the active defense counsel of record in this case transcripts of grand jury testimony or material not yet disclosed to the defense and considered by the grand jury (whether on paper or by means of electronic media) in relation to the superseding indictments returned in the above captioned and styled case.

The receipt of said grand jury material by active defense counsel shall be subject to certain conditions. The Court directs and hereby orders that: (1) copies of grand jury transcripts or other material provided to the defense counsel of record shall remain in the personal control of counsel — although the defendant may review the Grand Jury transcript or material, the grand jury transcripts and material shall not be entrusted to the defendant outside of the presence of counsel; (2) although a printout for official use only may be permitted, no further publication (to include filing grand jury transcripts as an attachment to any pleading) or duplication of such grand jury transcripts or material shall be made without permission of the Court; and (3) any grand jury transcripts or material disclosed pursuant to this order, including copies generated from electronic

media, shall to be delivered to the United States Attorney's Office after the conclusion of the case. Any grand jury transcripts or material received pursuant to this order shall be used for official purposes only.

SO ORDERED. Signed and entered this __4th__ day of February, 2008.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK
Judge, United States District Court