IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ANDRE STANLEY,
      a/k/a "Sincere,"
      a/k/a "Cere,"
2. TYRUS MCLAIN, and
3. HARRY MORGAN,

        Defendants.
_____

ORDER
_____

For the reasons stated upon the record and with the consent and approval of the Chief Judge, pursuant to D.C.COLO.LCivR 40.1(a), the above matter is ORDERED transferred to Chief Judge Edward W. Nottingham.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED: March 26, 2008