IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk<br>Therese Lindblom, Court Reporter<br>Keith Williams, Probation Officer | Date: August 1, 2008 |

Criminal Action No. 07–cr–00175–EWN

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes and Susan Knox |
| Plaintiff, | |
| v. | |
| 2. TYRUS McCLAIN, | Patrick Ridley and Darlene Bagley |
| Defendant. | |

## SENTENCING MINUTES

**10:43 a.m.**    Court in session.

Court calls case and appearances.  Defendant is present in custody.

**Defendant pled guilty on May 14, 2008, to Count One of the Information.**

Discussion regarding objections as to guideline calculations and request for variant sentence.

Court's findings.

**ORDERED: 1.**    The Government's Title 18 U.S.C. §3553(e) and §5K1.1 Motion for Downward Departure Based on Substantial Assistance (#295, filed July 28, 2008) is **GRANTED.**

**ORDERED: 2.**    No fine is imposed.

**ORDERED: 3.**     **Defendant is imprisoned for a term of time served.**

**ORDERED: 4.**     **Upon release from imprisonment, defendant shall be placed on supervised release for a period of one year.**

**ORDERED: 5.**     **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 6.**     **Conditions of supervised release are:**

    **a.**     **Defendant is to observe all of the standard conditions of supervised release.**

    **b.**     **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.**     **Defendant is not to illegally possess or use controlled substances.**

    **d.**     **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.**     **Defendant is not to commit a federal, state, or local crime.**

    **f.**     **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.**     **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

        **h.**      **Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation officer, until he is released from the program by the probation officer. He shall pay all costs associated with this program.**

**ORDERED: 7.**    **Defendant shall pay a special assessment fee of $ 100 due immediately.**

**ORDERED: 8.**    **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:55 a.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:12